# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02186-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOE subscriber assigned IP
Address 50.152.21.171,

      Defendant.

_____/

## NOTICE OF RELATED CASES

      PLAINTIFF GIVES NOTICE that this is a BitTorrent copyright infringement case related to the cases listed below, which were filed by undersigned and are currently pending before Magistrate Judge Michael E. Hegarty. If not already done so, this case should be assigned to Magistrate Judge Hegarty per his instructions.

    1.    Malibu Media, LLC v. Zuercher; Case No 1:13-cv-01538-WYD-MEH;

    2.    Malibu Media, LLC v. Nguyen; Case No 1:13-cv-02354-WYD-MEH;

    3.    Malibu Media, LLC v. Guay; Case No 1:13-cv-02371-WYD-MEH;

    4.    Malibu Media, LLC v. Cuddy; Case No 1:13-cv-02385-WYD-MEH;

    5.    Malibu Media, LLC v. Benson; Case No 1:13-cv-02394-WYD-MEH;

    6.    Malibu Media, LLC v. Slaughter; Case No 1:13-cv-02689-WYD-MEH;

    7.    Malibu Media, LLC v. Miller; Case No 1:13-cv-02691-WYD-MEH;

    8.    Malibu Media, LLC v. Huseman; Case No 1:13-cv-02695-WYD-MEH;

    9.    Malibu Media, LLC v. Butler; Case No 1:13-cv-02707-WYD-MEH;

    10.    Malibu Media, LLC v. Yamaguchi; Case No 1:13-cv-02781-WYD-MEH;

    11.    Malibu Media, LLC v. Orishko; Case No 1:13-cv-03171-WYD-MEH;

    12.    Malibu Media, LLC v. Romer; Case No 1:13-cv-03190-WYD-MEH;

CO419

13.     Malibu Media, LLC v. Winkler; Case No 1:13-cv-03358-WYD-MEH;

14.     Malibu Media, LLC v. Davis; Case No 1:14-cv-00179-WYD-MEH;

15.     Malibu Media, LLC v. Abo-Alhol; Case No. 1:14-cv-00256-WYD-MEH;

16.     Malibu Media, LLC v. Nesmejanow; Case No. 1:14-cv-00760-WYD-MEH;

17.     Malibu Media, LLC v. Palacios; Case No. 1:14-cv-00761-WYD-MEH;

18.     Malibu Media, LLC v. John Doe subscriber assigned IP address 107.2.135.208; Case No. 1:14-cv-01044-WYD-MEH;

19.     Malibu Media, LLC v. John Doe subscriber assigned IP address 174.51.143.172; Case No. 1:14-cv-01045-WYD-MEH;

20.     Malibu Media, LLC v. Merkushev; Case No. 1:14-cv-01047-WYD-MEH;

21.     Malibu Media, LLC v. John Doe subscriber assigned IP address 50.152.49.165; Case No. 1:14-cv-01049-WYD-MEH;

22.     Malibu Media, LLC v. John Doe subscriber assigned IP address 50.155.236.138; Case No. 1:14-cv-01050-WYD-MEH;

23.     Malibu Media, LLC v. John Doe subscriber assigned IP address 50.183.78.112; Case No. 1:14-cv-01051-WYD-MEH;

24.     Malibu Media, LLC v. John Doe subscriber assigned IP address 67.164.173.118; Case No. 1:14-cv-01053-WYD-MEH;

25.     Malibu Media, LLC v. John Doe subscriber assigned IP address 71.196.152.16; Case No. 1:14-cv-01055-WYD-MEHI

26.     Malibu Media, LLC v. John Doe subscriber assigned IP address 71.196.181.208; Case No. 1:14-cv-01056-WYD-MEH;

27.     Malibu Media, LLC v. John Doe subscriber assigned IP address 75.70.40.64; Case No. 1:14-cv-01058-WYD-MEH;

28.     Malibu Media, LLC v. Small; Case No. 1:14-cv-01060-WYD-MEH;

29.     Malibu Media LLC v. Ling; Case No. 1:14-cv-01215-WYD-MEH;

CO419

30.   Malibu Media LLC v. Min; Case No. 1:14-cv-01222-WYD-MEH;

31.   Malibu Media LLC v. Kijas; Case No. 1:14-cv-01366-WYD-MEH;

32.   Malibu Media LLC v. John Doe subscriber assigned IP address 24.8.123.151; Case No. 1:14-cv-01367-WYD-MEH;

33.   Malibu Media LLC v. John Doe subscriber assigned IP address 50.198.203.246; Case No. 1:14-cv-01370-WYD-MEH;

34.   Malibu Media LLC v. John Doe subscriber assigned IP address 67.173.243.30; Case No. 1:14-cv-01374-WYD-MEH;

35.   Malibu Media LLC v. John Doe subscriber assigned IP address 67.176.3.192; Case No. 1:14-cv-01375-WYD-MEH;

36.   Malibu Media LLC v. John Doe subscriber assigned IP address 67.176.63.225; Case No. 1:14-cv-01376-WYD-MEH;

37.   Malibu Media LLC v. John Doe subscriber assigned IP address 75.71.183.171; Case No. 1:14-cv-01381-WYD-MEH

38.   Malibu Media LLC v. Volz; Case No. 1:14-cv-01382-WYD-MEH;

39.   Malibu Media LLC v. John Doe subscriber assigned IP address 76.25.217.239; Case No. 1:14-cv-01383-WYD-MEH;

40.   Malibu Media, LLC v. John Doe subscriber assigned IP address 107.2.157.110; Case No. 1:14-cv-01512-WYD-MEH;

41.   Malibu Media, LLC v. John Doe subscriber assigned IP address 24.8.225.171; Case No. 1:14-cv-01513-WYD-MEH;

42.   Malibu Media, LLC v. John Doe subscriber assigned IP address 50.152.47.188; Case No. 1:14-cv-01515-WYD-MEH;

43.   Malibu Media, LLC v. John Doe subscriber assigned IP address 67.165.232.119; Case No. 1:14-cv-01517-WYD-MEH;

CO419

44.     Malibu Media, LLC v. John Doe subscriber assigned IP address 67.173.241.254; Case No. 1:14-cv-01518-WYD-MEH;

45.     Malibu Media, LLC v. John Doe subscriber assigned IP address 76.89.85.76; Case No. 1:14-cv-01523-WYD-MEH.

46.     Malibu Media, LLC v. John Doe subscriber assigned IP address 24.9.62.191; Case No. 1:14-cv-01799-WYD-MEH;

47.     Malibu Media, LLC v. John Doe subscriber assigned IP address 50.134.167.193; Case No. 1:14-cv-01800-WYD-MEH;

48.     Malibu Media, LLC v. John Doe subscriber assigned IP address 50.183.158.145; Case No. 1:14-cv-01801-WYD-MEH;

49.     Malibu Media, LLC v. John Doe subscriber assigned IP address 67.190.26.250; Case No. 1:14-cv-01802-WYD-MEH;

50.     Malibu Media, LLC v. John Doe subscriber assigned IP address 75.70.155.9; Case No. 1:14-cv-01803-WYD-MEH;

51.     Malibu Media, LLC v. John Doe subscriber assigned IP address 76.25.74.46; Case No. 1:14-cv-01804-WYD-MEH;

52.     Malibu Media, LLC v. John Doe subscriber assigned IP address 98.245.32.108; Case No. 1:14-cv-01805-WYD-MEH;

53.     Malibu Media, LLC v. John Doe subscriber assigned IP address 174.51.144.232; Case No. 1:14-cv-02184-WYD-MEH;

54.     Malibu Media, LLC v. John Doe subscriber assigned IP address 24.8.76.202; Case No. 1:14-cv-02185-WYD-MEH;

55.     Malibu Media, LLC v. John Doe subscriber assigned IP address 50.152.21.171; Case No. 1:14-cv-02186-WYD-MEH;

56.     Malibu Media, LLC v. John Doe subscriber assigned IP address 50.183.162.128; Case No. 1:14-cv-02187-WYD-MEH;

CO419

57.     Malibu Media, LLC v. John Doe subscriber assigned IP address 67.174.125.99;
Case No. 1:14-cv-02188-WYD-MEH;

58.     Malibu Media, LLC v. John Doe subscriber assigned IP address 67.176.77.143;
Case No. 1:14-cv-02189-WYD-MEH;

59.     Malibu Media, LLC v. John Doe subscriber assigned IP address 71.229.184.103;
Case No. 1:14-cv-02191-WYD-MEH;

60.     Malibu Media, LLC v. John Doe subscriber assigned IP address 75.70.138.101;
Case No. 1:14-cv-02192-WYD-MEH;

61.     Malibu Media, LLC v. John Doe subscriber assigned IP address 75.70.243.174;
Case No. 1:14-cv-02193-WYD-MEH;

62.     Malibu Media, LLC v. John Doe subscriber assigned IP address 75.71.114.106;
Case No. 1:14-cv-02195-WYD-MEH;

63.     Malibu Media, LLC v. John Doe subscriber assigned IP address 98.245.98.199;
Case No. 1:14-cv-02196-WYD-MEH;

64.     Malibu Media, LLC v. John Doe subscriber assigned IP address 174.51.188.8;
Case No. 1:14-cv-02304-WYD-MEH;

65.     Malibu Media, LLC v. John Doe subscriber assigned IP address 24.8.192.191;
Case No. 1:14-cv-02305-WYD-MEH;

66.     Malibu Media, LLC v. John Doe subscriber assigned IP address 24.8.77.143;
Case No. 1:14-cv-02306-WYD-MEH;

67.     Malibu Media, LLC v. John Doe subscriber assigned IP address 24.9.91.174;
Case No. 1:14-cv-02307-WYD-MEH;

68.     Malibu Media, LLC v. John Doe subscriber assigned IP address 50.183.210.198;
Case No. 1:14-cv-02308-WYD-MEH;

69.     Malibu Media, LLC v. John Doe subscriber assigned IP address 50.201.126.133;
Case No. 1:14-cv-02309-WYD-MEH;

CO419

70.     Malibu Media, LLC v. John Doe subscriber assigned IP address 67.162.135.229; Case No. 1:14-cv-02310-WYD-MEH;

71.     Malibu Media, LLC v. John Doe subscriber assigned IP address 67.164.177.179; Case No. 1:14-cv-02311-WYD-MEH;

72.     Malibu Media, LLC v. John Doe subscriber assigned IP address 67.176.30.24; Case No. 1:14-cv-02313-WYD-MEH;

73.     Malibu Media, LLC v. John Doe subscriber assigned IP address 67.176.78.186; Case No. 1:14-cv-02314-WYD-MEH;

74.     Malibu Media, LLC v. John Doe subscriber assigned IP address 67.190.137.20; Case No. 1:14-cv-02316-WYD-MEH;

75.     Malibu Media, LLC v. John Doe subscriber assigned IP address 75.71.27.60; Case No. 1:14-cv-02317-WYD-MEH;

76.     Malibu Media, LLC v. John Doe subscriber assigned IP address 75.71.36.205; Case No. 1:14-cv-02318-WYD-MEH; and

77.     Malibu Media, LLC v. John Doe subscriber assigned IP address 98.245.42.78; Case No. 1:14-cv-02319-WYD-MEH.

Dated: August 27, 2014

Respectfully submitted,

By: /s/Jason Kotzker
Jason Kotzker
jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO 80163
Phone: 720-330-8329
Attorney for Plaintiff

CO419

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jason Kotzker*

CO419